Opinion issued January 29, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00748-CV

_____

**DEXTER KEUSS AND 10-POINT ENERGY CORPORATION, Appellants**

**V.**

**ARISTIDE ENERGY CORP., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-52324**

---

## MEMORANDUM OPINION

Appellants Dexter Keuss and 10-Point Energy Corporation have filed an unopposed motion to dismiss because the parties have resolved their differences in a confidential settlement agreement. We grant the motion.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.